

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Valley Forge Motor Company c/o President Lee Urias, | § | No. 08-17-00257-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 41st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| Ruben Sifuentes d/b/a Leo's Auto Collision, Inc., | § | (TC# 2015DCV3639) |
| Appellee. | § | |

## **O R D E R**

Pending before the Court is a motion to withdraw filed by counsel for Appellee, Ruben Sifuentes d/b/a Leo's Auto Collision, Inc. The motion is GRANTED. Appellee's brief was due to be filed on June 23, 2018 and is past due. Appellee is ordered to file his brief or an extension motion in compliance with Tex.R.App.P. 10.5 no later than July 3, 2018.

IT IS SO ORDERED this 27th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.